In the Matter of Proving the Last Will and Testament of MARIAN T. BUTLER, as a Will of Real and Personal Property. BERTRAM G. EADIE, as Special Guardian for HERBERT TERRY and Another, and Others, Appellants; ELMER T. BUTLER and Another, Respondents.— Decree of the Surrogate's Court of Richmond county affirmed, without costs. No opinion. Jenks, P. J., Mills, Blackmar and Kelly, JJ., concurred; Rich, J., voted to reverse.

MIKE MASLENKA, Appellant, v. VIOLA M. BRADY, Respondent.— Judgment of the County Court of Westchester county reversed and new trial ordered, with costs to abide the event, on authority of *Maslenka* v. *Brady* (*ante*, p. 661), decided herewith. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

JOSEPHINE L. MAYBECK, Respondent, v. NEW YORK MUNICIPAL RAILWAY CORPORATION and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THEODORE MILLER and THOMAS MORAN, Respondents, v. UNGERER & COMPANY, Appellant. (Appeal No. 2.) — Order affirmed, with costs. No opinion. Mills, Rich, Blackmar and Kelly, JJ., concurred; Jenks, P. J., not voting.

JOSEPH W. NASSAUER, Appellant, v. CHARLES J. TAGLIABUE, Respondent. (Appeal No. 3.) — Order affirmed, with ten dollars costs and disbursements. This action, begun in 1918, to recover $50,000 for fraud in 1902, led to many motions, orders and proceedings, that raised questions of difficulty. Finally came a refusal of leave to amend the complaint because such proposed new pleading would be inconsistent with the original complaint. From this order no appeal was taken, but instead the action was discontinued. We, therefore, cannot say that the learned court at Special Term was wrong in imposing a $250 allowance as a condition for leave to discontinue. (*Matter of Waverly Water Works Co.*, 85 N. Y. 478; *People* v. *Bootman*, 180 id. 1; *Miller* v. *Clary*, 147 App. Div. 255; *Assets Collecting Co.* v. *Myers*, *No. 1*, 170 id. 265.) Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

WILLIAM H. PALK, Respondent, v. ROBERT J. KENT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY McNULTY, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ. concurred.